Addie Secor, Appellant, *v.* Samuel Levine, Defendant, **and** Julius Watsky, Respondent.

Argued April 14, 1947; decided May 15, 1947.

*Frank H. Connelly, Jr.,* for appellant.

*Albert N. Proujansky* and *Joel G. Watsky* for respondent.

Upon appeal from order of Appellate Division: Appeal dismissed and question certified not answered. Upon appeal from the judgment entered upon the order of the Appellate Division: Judgment affirmed with costs. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Fuld, JJ.